IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH FANTACONE, on behalf of himself and all others similarly situated, | : : : | CIVIL DOCKET |
| Plaintiff, | : : | |
| v. | : : | NO. 5:20-cv-1277 (DNH/ML) |
| SIMM ASSOCIATES, INC. and JOHN and JANE DOES 1-10, | : : : | |
| Defendants | : : | |

**NOTICE OF REMOVAL**

Defendant SIMM ASSOCIATES, INC. ("Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1.  SIMM ASSOCIATES, INC. is a defendant in an action pending in the Supreme Court of the State of New York, County of Onondaga, Index No. 005262/2020 entitled <u>Joseph Fantacone, on behalf of himself and all others similarly situated v. Simm Associates, Inc., John and Jane Does 1-10</u> ("the State Court Action"). A true and correct copy of the Summons and Complaint are attached hereto as Exhibit "A".

2.  Plaintiff in the State Court Action is JOSEPH FANTACONE ("Plaintiff"). <u>See</u> Exhibit "A".

3.  Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* <u>See</u> Exhibit "A".

4.  The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Summons and Complaint on Defendant.

WHEREFORE, Defendant SIMM ASSOCIATES, INC. prays that the State Court Action be removed from the Supreme Court of the State of New York, County of Onondaga, Index No. 005262/2020 to this Court for proper and just determination.

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By: */s/ Adam M. Marshall*
BRETT A. SCHER, ESQUIRE
ADAM M. MARSHALL, ESQUIRE
135 Crossways Park Dr, Suite 201
Woodbury, NY 11797
Telephone: 516-681-1100
bscher@kdvlaw.com; amarshall@kdvlaw.com
Attorneys for Simm Associates, Inc.

Dated: October 16, 2020

2

## CERTIFICATE OF SERVICE

I, ADAM M. MARSHALL, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system and email on the following:

Francis R. Greene, Esquire
Alla Gulchina, Esquire
Stern Thomasson LLP
150 Morris Avenue, 2nd Floor
Springfield, NJ  07081
francis@sternthomasson.com; alla@sternthomasson.com

Simon Goldenberg, Esquire
Law Office of Simon Goldenberg PLLC
818 East 16th Street
Brooklyn, NY 11230
simon@Wgolodenbergfirm.com

Attorneys for Plaintiff

                                            /S/ Adam M. Marshall
                                    ADAM M. MARSHALL, ESQUIRE

Dated:  October 16, 2020

4821-5011-7070, v. 1