-1-

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH FANTACONE, on behalf of himself and all others similarly situation,<br><br>Plaintiff,<br><br>- against-<br><br>SIMM ASSOCIATES, INC., and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 5:20-cv-01277<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff, JOSEPH FANTACONE, and Defendants, SIMM ASSOCIATES, INC., through their respective counsel of record, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiff discontinues it's individual claims in the above captioned action against the Defendant(s) with prejudice, and discontinues it's class claims against Defendant(s) without prejudice, without costs or fees to any party as against any other party.

-2-

Dated:   Brooklyn, New York
         March 16, 2021

**Law Office of Simon Goldenberg, PLLC**

By:   /S/ SIMON GOLDENBERG
      Simon Goldenberg, Esq.
      818 East 16th Street
      Brooklyn, NY 11230
      T: 347-640-4357
      *Counsel for Plaintiff(s)*

Dated:   March 16, 2021

**Kaufman Dolowich & Voluck, LLP**

/S/ Adam M. Marshall
Adam M. Marshall
Brett A. Scher
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
Telephone: (516) 681-1100
Email: bscher@kdvlaw.com; amarshall@kdvlaw.com
*Attorneys for Defendant, Simm Associates, Inc.*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: ___March 16, 2021_____